JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Valley Forge Military Academy Foundation

**(b)** County of Residence of First Listed Plaintiff: **Delaware**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
George B. Randolph, Esquire/David L. Black, Esquire
Riley Riper Hollin & Colagreco
717 Constitution Drive, Exton, PA 19341 (610)458-4400

## DEFENDANTS
Derek James Graham and Scott Newell

County of Residence of First Listed Defendant: **Hillsborough, NH**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [x] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Diversity 28 U.S.C. Section 1332

Brief description of cause:
Breach of Contract

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 103,323.81

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE 5/13/22
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: **1001 EAGLE ROAD, WAYNE, PA  19087**

Address of Defendant: **46 CHENEY AVENUE, PETERBOROUGH, NH  03458**

Place of Accident, Incident or Transaction: **WAYNE, PENNSYLVANIA**

---

**RELATED CASE, IF ANY:**

Case Number: _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ✔

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ✔

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☐   No ✔

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☐   No ✔

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: **5/13/22**   *[signature]*   **39278**
   *Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

---

**CIVIL:** (Place a √ in one category only)

**A.  Federal Question Cases:**
1. Indemnity Contract, Marine Contract, and All Other Contracts
2. FELA
3. Jones Act-Personal Injury
4. Antitrust
5. Patent
6. Labor-Management Relations
7. Civil Rights
8. Habeas Corpus
9. Securities Act(s) Cases
10. Social Security Review Cases
11. All other Federal Question Cases
    *(Please specify):* _____

**B.  Diversity Jurisdiction Cases:**
1. Insurance Contract and Other Contracts
2. Airplane Personal Injury
3. Assault, Defamation
4. Marine Personal Injury
5. Motor Vehicle Personal Injury
6. Other Personal Injury *(Please specify):* _____
7. Products Liability
8. Products Liability – Asbestos
9. ✔ All other Diversity Cases
   *(Please specify):* **Breach of Contract**

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, **George B. Randolph**, counsel of record or pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: _____   *Sign here if applicable*   **39278**
   *Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VALLEY FORGE MILITARY ACADEMY FOUNDATION**<br>1001 Eagle Road<br>Wayne, PA 19087<br>　　　　　Plaintiff,<br><br>vs.<br><br>**DEREK JAMES GRAHAM**<br>46 Cheney Avenue<br>Peterborough, NH 03458<br><br>and<br><br>**SCOTT KEITH NEWELL**<br>16 Barberry Lane<br>Columbia, SC 29212<br>　　　　　Defendants. | :<br>:<br>:<br>: CIVIL ACTION NO.<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## COMPLAINT

Plaintiff Valley Forge Military Academy Foundation d/b/a Valley Forge Military Academy ("**VFMA**")[1], by and through its undersigned counsel, hereby complains of Defendants Derek James Graham and Scott Keith Newell as follows:

1.　　Plaintiff VFMA is a Pennsylvania non-profit educational institution with its principal place of business at 1001 Eagle Road, Wayne, Pennsylvania 19087. VFMA has, and operates, both an Academy (for young men in grades 7-12) as well as a junior college.

2.　　Defendant Derek James Graham ("**Graham**") is an adult individual and citizen of New Hampshire with a last known address of 46 Cheney Avenue, Peterborough, New Hampshire 03458. He may also have a residential address at 213 Dean Farm Road, Jeffrey, New Hampshire 03452.

---

[1] Valley Forge Military Academy Foundation also owns the fictitious name "Valley Forge Military Academy & College."

3. Defendant Scott Keith Newell ("**Newell**") is an adult individual and citizen of South Carolina with a last known address of 16 Barberry Lane, Columbia, South Carolina 29212.

4. This Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. §1332 as Plaintiff VFMA's claims involve citizens of different states and the amount in controversy exceeds $75,000.00.

5. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2), *inter alia*, as a substantial portion of the events and/or omissions giving rise to Plaintiff VFMA's claims arose in this judicial district; Plaintiff is headquartered in this district, the causes of action have accrued to Plaintiff in this district, and Plaintiff's injuries were sustained in this district.

## **FACTS**

6. In about August 2018, Graham made application for the enrollment of his (minor) son at VFMA, for the 2018-2019 academic year, which commenced in about late August 2018.

7. In about August 2018, Newell made application for the enrollment of his (minor) son at VFMA, for the 2018-2019 academic year, which commenced in about late August 2018.

8. On or about August 9, 2018, and as part of the enrollment process, Graham signed and agreed to VFMA's Billing and Payment Contract. A copy of Graham's signed and agreed to Billing and Payment Contract is attached hereto as Exhibit "A".

9. On or about August 9, 2018, and as part of the enrollment process, Newell signed and agreed to VFMA's Billing and Payment Contract. A copy of Newell's signed and agreed to Billing and Payment Contract is attached hereto as Exhibit "B"

10. As noted in the Billing and Payment Contract, Defendants both agreed, *inter alia*, that:

> "I (we) have read this "Billing and Payment Contract" and it is agreed that any claim or dispute with or against VFMA in any manner, shall be litigated

> only in either the Court of Common Pleas, Delaware County, Pennsylvania or the U.S. District Court for the Eastern District of Pennsylvania . . . <u>it is further agreed that VFMA shall be entitled to reimbursement of its costs and reasonable counsel fees in any such litigation in which VFMA is the substantially prevailing party. It is further agreed that VFMA shall be entitled to reimbursement of its reasonable counsel fees and any and all costs collecting any amount due in accordance with this Contract.</u>"

See Exhibits A & B (with emphasis added).

11. On or about April 1, 2019, and without any prior notice to VFMA, Defendants commenced a federal court action in this Court against VFMA,[2] its Board of Trustees, and the Chairperson of its Board of Trustees (the "**Underlying Action**").

12. The Underlying Action claimed to have federal court diversity jurisdiction.

13. However, Defendants knew, or had reason to know, that, <u>inter alia</u>:

   a. the Underlying Action lacked federal court jurisdiction;

   b. the Underlying Action lacked federal court <u>diversity</u> jurisdiction;

   c. the Underlying Action lacked federal court diversity jurisdiction because Defendants <u>knew</u> that Graham had the <u>same</u> (South Carolina) state of citizenship as that of at least one of the Defendants in the Underlying Action, which thereby destroyed federal court diversity jurisdiction; and

   d. the Underlying Action <u>also</u> lacked federal court diversity jurisdiction because Defendants <u>knew</u>, or had reason to know, that Defendants had less than the requisite $75,000 in alleged damages in order to obtain federal court diversity jurisdiction.

14. Defendants were physically present during the April 1, 2019 hearing on their request for a TRO and Preliminary Injunctive Relief in the Underlying Action.

---

[2] Defendants sued Valley Forge Military Academy and College which, as set forth previously, is a fictitious name owned by Plaintiff VFMA.

*1405538.1*

15. At the hearing on the afternoon of April 1, 2019 before the U.S. District Court emergency judge assigned to hear Defendants' request for a TRO and Preliminary Injunctive Relief in the Underlying Action:

   a. VFMA noted that the Underlying Action lacked federal court diversity jurisdiction because Graham had alleged in their Complaint that he was himself a citizen of the State of South Carolina, <u>even as he was also suing</u> the VFMA's Board of Trustees that <u>also</u> included a citizen and resident of South Carolina; At the conclusion of the hearing on April 1, 2019, the federal court emergency judge denied, from the bench, Graham's request for a TRO and Preliminary Injunction in the Underlying Action.

16. The next day, April 2, 2019, the emergency judge filed her written opinion regarding her denial of Defendants' Motion for TRO in the Underlying Action. The judge noted that diversity jurisdiction appeared to be lacking.

17. On about April 11, 2019, VFMA filed its pre-Answer Motion to Dismiss Defendants' Complaint in the Underlying Action noting, *inter alia*, that there was no diversity jurisdiction between the parties.

18. At a status conference on April 23, 2019, the federal judge directed Defendants to file a written Response to VFMA's Pre-Answer Motion to dismiss the Complaint in the Underlying Action by May 28, 2019.

19. On May 28, 2019, Defendants did <u>not</u> file any Response to the VFMA pre-Answer Motion to Dismiss but, rather, filed on May 28, 2019 an Amended Complaint in the Underlying Action which dropped all of the counts and causes of action that had previously been asserted in the original Complaint and, instead, purported to assert a cause of action for breach of contract.

20. VFMA was forced to incur more expense in filing yet another pre-answer Motion to Dismiss the Amended Complaint in the Underlying Action, which, again, noted that the Amended Complaint lacked diversity jurisdiction and should be dismissed.

21. By Order dated November 27, 2019, the Court granted VFMA's pre-Answer Motion to Dismiss the Amended Complaint, and permitted Defendants an opportunity to file a Second Amended Complaint within 21 days.

22. Defendants did not file a Second Amended Complaint as permitted by the Court's November 27, 2019 Order and the Underlying Action was dismissed.

23. Accordingly, VFMA was the substantially-prevailing party in the Underlying Action.

24. Defendants are obligated to pay or reimburse VFMA for any of the fees and costs which it had incurred in defense of the Underlying Action as required by the Billing and Payment Contract.

25. All conditions precedent hereto have occurred or have been performed

## COUNT I
### (Breach of Contract)

26. All paragraphs above are hereby incorporated by reference.

27. On or about August 9, 2018, Defendants both signed a written Billing and Payment Contract with VFMA. *See* Exhibits "A" & "B".

28. The Billing and Payment Contract required that, *inter alia*, both Defendants reimburse VFMA its costs and reasonable counsel fees in any litigation in which VFMA is the substantially prevailing party.

29. VFMA was the substantially prevailing party in the Underlying Action.

30. Accordingly, VFMA is entitled to its costs and reasonable counsel fees incurred in the Underlying Action.

31. VFMA paid at least $103,323.81 in attorneys' fees and costs to defend itself in the Underlying Action.

*1405538.1*

32. Defendants have failed and refused to pay reimburse VFMA its counsel fees and costs incurred in the Underlying Action.

33. VFMA is entitled to damages against both Defendants, jointly and severally, in the amount of at least $103,323.81.

**WHEREFORE**, Plaintiff Valley Forge Military Academy Foundation, d/b/a Valley Forge Military Academy demands judgment in its favor and against Defendants Derek James Graham and Scott Keith Newell, jointly and severally for at least $103,323.81, plus costs, reasonable counsel fees, interest, and such other relief as this Court deems just and appropriate.

Respectfully submitted,

**RILEY RIPER HOLLIN & COLA GRECO**

By: _____
GEORGE B. RANDOLPH, ESQUIRE
DAVID L. BLACK, ESQUIRE
Attorney I.D. Nos. 39278, 93173
717 Constitution Drive, Suite 201
Exton, PA  19341
Telephone:  (610) 458-4400
Fax:  (610) 458-4441
george@rrhc.com
davidb@rrhc.com
*Attorneys for Plaintiff*

**Dated**: May ___, 2022

*1405538.1*

EXHIBIT "A"

2018-2019

# BILLING AND PAYMENT CONTRACT

## VALLEY FORGE MILITARY ACADEMY

1001 EAGLE ROAD

WAYNE, PENNSYLVANIA 19087-3695

*Important Telephone Numbers*

Business Office (610) 989-1230
Admissions Office (610) 989-1490
Financial Aid Office (610) 989-1309

Internet: vfmac.edu

---

## DURING ADMISSIONS REVIEW

### THE FEE STATEMENT

I (We) understand that we are expected to pay one of the following, to begin the process of application to Valley Forge Military Academy (VFMA):

**New Student Applicant Fee:** $100 (non-refundable processing fee). Upon acceptance in writing, I (We) will be required to pay a $500 tuition deposit which will be applied to the cost of school.

**English Language Institute Applicant Fee:** $100 (non-refundable). Upon acceptance in writing, I (We) will be required to pay a $500 deposit which will be applied to the cost of school.

**Re-Application Fee:** $100 (non-refundable processing fee) is required from all cadets who are returning after a break in school. Upon notification of being re-accepted, I (We) will be required to pay a $500 initial deposit which will be applied to the cost of school.

### STATEMENT OF ACKNOWLEDGEMENT, UNDERSTANDING, AND AGREEMENT

I (We) acknowledge, understand and agree that by signing the Cadet:

- Will be subject to and abide by the prevailing rules and regulations as stated in the VFMA publications, *The Guidon* and *The Honor System*.

- Must have all immunization, physical, and health forms on file before the first day of residence and that VFMA may require additional testing for communicable diseases as determined by health center personnel.

- May from time to time be subject to blood, urine, and/or hair follicle screening and/or other testing for substance (drug and/or alcohol) use, both on a random and a suspicion-of-use basis. I (We) consent to the release of test results and other relevant medical information to the Commandant and the President, and/or other designated agents of VFMA; and I (We) release VFMA, and its officers, employees, directors, trustees and agents from any and all liability which they might otherwise have arising out of or related to such testing. Directed testing will be at the expense of the Cadet/Parent.

- Is subject to immediate dismissal by the President, if it is determined that my son/ward has committed an immoral and/or criminal act or other serious offense, or violated prevailing rules and regulations including but not limited to, regulations regarding substance (alcohol/illegal substance) use and/or possession.

- May be the subject of photographs and other multimedia publicity and/or promotional materials and as a VFMA Cadet waives any rights with regard to the Cadet's picture or likeness as well as any compensation for such exposure.

I (We) also acknowledge, understand, and agree that:

- VFMA will not send for school transcripts until the Application Fee has been paid.

- A $500 deposit will be requested upon notification of acceptance, and that this deposit will be applied to the cost of school, and that it is non-refundable after 1 July.

- By proceeding with application for admission to VFMA for our son/ward that I (We) are in agreement with and will abide by the Policies as stated herein.

- Any misrepresentation or omission of material information made on the application or during the admissions process may result in revocation of an offer of admission and/or enrollment in, or the involuntary withdrawal of my son/ward from VFMA.

- VFMA is focused on success for your child, the key to which is for the Cadet to establish partnerships with the members of the Staff and Faculty, fellow Cadets, and parents/guardians. VFMA reserves the right to dismiss or not re-enroll a Cadet if the Administration reasonably concludes that the actions of the Cadet or the parents/guardians interfere with establishing or maintaining a positive and constructive relationship or otherwise seriously interferes with the accomplishment of the VFMA Mission.

- In case of dismissal for violation of school regulations or withdrawal for any reason whatsoever, a credit to the account will be applied as provided in the Refund Policy and any unpaid balance shall become immediately due and payable.

- I (We) have read this "Billing and Payment Contract" and it is agreed that any claim or dispute with or against VFMA in any manner, shall be litigated only in either the Court of Common Pleas, Delaware County, Pennsylvania or the US District Court for the Eastern District of Pennsylvania, to whose exclusive jurisdiction I (We) submit. I (We) agree that any claim or cause of action or suit that I (We) might assert or have against VFMA must be brought and filed against VFMA not later than two (2) years after the Student ceases being a student at VFMA, and regardless of whether such claim or cause of action relates to either acts or failures to act, or sounds in contract or in tort. It is further agreed that VFMA shall be entitled to reimbursement of its costs and reasonable counsel fees in any such litigation in which VFMA is the substantially prevailing party. It is further agreed that VFMA shall be entitled to reimbursement of its reasonable counsel fees and any and all costs of collecting any amount due in accordance with this Contract.

- VFMA's rights under this Billing & Payment Contract, also apply to all future years of attendance at VFMA by the applicant or student.

Cadet Name: _____ (Please Print)

Cadet ID# __15923__

Signature: [signature]
(Parent/Guardian)   SIGN) Date: Aug 9/18

Signature: [signature]
(Parent/Guardian)   SIGN) Date: Aug 9/18

Signature: _____
(Cadet if over 18 years)   SIGN) Date: _____

## AFTER ACCEPTING ADMISSION

Valley Forge Military Academy (VFMA) is a non-profit organization that must meet its financial responsibilities through tuition and fees. By enrolling, parents and cadets accept responsibility for the total annual cost, regardless of payment method used. If the financial account is not current at any time, or any other payment is delinquent, VFMA reserves the right to not permit cadets to start school or be admitted to any class, examination or activity, including pre-season athletic practice. Failure to maintain payment obligations may result in dismissal. VFMA will not issue a diploma, degree, transcript, or reports until all financial obligations have been settled.

## TUITION DEPOSIT

The tuition deposit of $500 reserves the cadet's space in the incoming Corps of Cadets and is due upon formal acceptance. This fee will be applied towards tuition.

## RE-ENROLLMENT FEE

Re-enrolling cadets are assessed a Re-enrollment Fee of $500 due by 15 May which will be applied towards tuition.

## COST OF ATTENDANCE – BOARDER

### ACADEMY – Middle School
| | Full-Year | Mid-Year |
|---|---|---|
| Enrollment: | | |
| Tuition: | $27,475 | $17,950 |
| Room: | $ 9,250 | $ 4,625 |
| Dining: | $ 7,350 | $ 3,675 |
| Total: | $44,075 | $26,250 |

### ACADEMY – High School (Grades 9-12)
| | Full-Year | Mid-Year |
|---|---|---|
| Enrollment: | | |
| Tuition: | $28,975 | $18,950 |
| Room: | $ 9,250 | $ 4,625 |
| Dining: | $ 7,350 | $ 3,675 |
| Total: | $45,575 | $27,250 |

## COST OF ATTENDANCE – DAY

### ACADEMY – Middle School – Day
| | Full-Year | Mid-Year |
|---|---|---|
| Enrollment: | | |
| Tuition: | $27,475 | $17,950 |
| Dining: | $ 2,900 | $ 1,450 |
| Total: | $30,375 | $19,400 |

### ACADEMY – High School – Day (Grades 9-12)
| | Full-Year | Mid-Year |
|---|---|---|
| Enrollment: | | |
| Tuition: | $28,975 | $18,950 |
| Dining: | $ 2,900 | $ 1,450 |
| Total: | $31,875 | $20,400 |

## PAYMENT SCHEDULE

1) First payment of $25,000 is due by 1 August. Payment is to include Special Activities.
2) Balance of Student account is due by 1 November.
3) Payment Methods – check, money order, wire transfer, cash or credit card (3% fee for credit card).
4) Late payments are subject to a $175 charge.
5) All Payments for Mid-Year Cadets are due upon arrival.

## OPTIONAL PROGRAMS & ACTIVITIES

Fees are assessed for Optional Programs & Activities such as:

- SAT Preparation,
- Music Lessons,
- Riding Instruction (Non-D Troop students)
- Driver Education,
- Judo,
- Scuba,
- D Troop (Cavalry)
- E Battery (Artillery)
- Charges will be assessed when a cadet becomes a bed patient in the Health Center, or if daily administration of medications is required.
- A Health Insurance Plan is available.

## INTERNATIONAL STUDENTS

International Students are required to pay an Out-of-Country Fee ($2,000.00 fall yr/$1,500 mid-yr) to cover costs of USCIS/Visa processing costs as well as costs for international mailings (See Business Office for rate). International Students are also required to purchase health insurance (See Business Office for rate).

## BOOKS AND SUPPLIES

A Line of Credit of $1,000 for school supplies is required to be established with the Cadet Store. The purchase of books and supplies are arranged through Sodexo at the Cadet Store. Contact the Cadet Store at (610) 989-1530.

## ALLOWANCE

An allowance account can be set up for cadets and is arranged through Sodexo at the Cadet Store. Contact the Cadet Store at (610) 989-1530.

## FINANCIAL AID APPLIED TO BILL

Private scholarships and loans for all Cadets will be credited as directed by the specific scholarship or loan program. A limited amount of VFMA Scholarships and grants are available for students subject to certain terms and conditions. Discounts for two or more family members enrolled at the same time are available.

## PAYMENT PLAN OPTION

You may pay the cost of full year attendance in ten (10) monthly installments beginning 1 June. This service is provided through Higher Education Services and requires a small annual application fee. Contact HES at 1-800-422-0010 or visit their web-site at www.highereducationservices.com.

Loan programs are available for Academy cadets that cover costs of education in a single year or multi-year option. Some loan programs also exist for international students. Contact the VFMA Financial Aid Office for information at (610) 989-1709 or send email to admissions_acadmn@vfmac.edu.

## REFUND POLICY

The Tuition Deposit and Re-enrollment fees are non-refundable except for the following two exceptions: failure to process due to physical disability, or if the Admissions Office is notified of the cancellation of an application in writing, no later than 1 July for fall and 1 November for mid-year. All Deposits and Re-enrollment fees will be forfeited after these dates.

When an applicant has been accepted for admission, it is assumed that the student will remain for the entire academic year. Planning and contracting for services are done for the entire year. Hiring of faculty and staff is based on the entire year. When cadets leave early, these expenses are still present. Valley Forge Military Academy Refund Policy is clearly outlined as follows:

- Cadets who withdraw or are dismissed during the first four weeks of reporting are billed at 75% of tuition, and room.
- Cadets withdrawn or dismissed after the fourth week are billed at 100% of tuition, and room.
- Dining is prorated on a weekly basis (i.e., Sunday through Saturday, a full week is charged for any portion used).
- Cadet changing their residency status from 7 day boarder to 5 day boarder or to a day student will not receive a refund for the difference in residency status.
- Cadets arriving after the normal reporting period are subject to the refund policy as if they had reported on-time.
- Private scholarships and private/alternative loans will be refunded in accordance with the specific scholarship/loan program guidelines.
- Fees for Optional Programs & Activities, Developmental Reading and Medical Management are non-refundable once classes have started.
- All VFMA scholarships, grants and discounts will be adjusted in accordance with VFMA's policy.
- *Fees and dates are subject to change*

**EXHIBIT "B"**

2018-2019

# BILLING AND PAYMENT CONTRACT



# VALLEY FORGE MILITARY ACADEMY

1001 EAGLE ROAD

WAYNE, PENNSYLVANIA 19087-3695

*Important Telephone Numbers*

Business Office (610) 989-1230
Admissions Office (610) 989-1490
Financial Aid Office (610) 989-1309

Internet vfmac.edu

## DURING ADMISSIONS REVIEW

### THE FEE STATEMENT

I (We) understand that we are expected to pay one of the following to begin the process of application to Valley Forge Military Academy (VFMA):

**New Student Applicant Fee:** $100 (non-refundable processing fee). Upon acceptance in writing, I (We) will be required to pay a $500 tuition deposit which will be applied to the cost of school.

**English Language Institute Applicant Fee:** $100 (non-refundable). Upon acceptance in writing, I (We) will be required to pay a $500 deposit which will be applied to the cost of school.

**Re-Application Fee:** $100 (non-refundable processing fee) is required from all cadets who are returning after a break in school. Upon notification of being re-accepted, I (We) will be required to pay a $500 initial deposit which will be applied to the cost of school.

## STATEMENT OF ACKNOWLEDGEMENT, UNDERSTANDING, AND AGREEMENT

I (We) acknowledge, understand and agree that by signing the Cadet:

- Will be subject to and abide by the prevailing rules and regulations as stated in the VFMA publications, *The Guidon* and *The Honor System*.

- Must have all immunization, physical, and health forms on file before the first day of residence and that VFMA may require additional testing for communicable diseases as determined by health center personnel.

- May from time to time be subject to blood, urine, and/or hair follicle screening and/or other testing for substance (drug and/or alcohol) use, both on a random and a suspicion-of-use basis. I (We) consent to the release of test results and other relevant medical information to the Commandant and the President; and I (We) release VFMA, and its officers, employees, directors, trustees and agents from any and all liability which they might otherwise have arising out of or related to such testing. Directed testing will be at the expense of the Cadet/Parent.

- Is subject to immediate dismissal by the President, if it is determined that my son/ward has committed an immoral and/or criminal act or other serious offense, or violated prevailing rules and regulations including but not limited to, regulations regarding substance (alcohol/illegal substance) use and/or possession.

- May be the subject of photographs and other multimedia publicity and/or promotional materials and as a VFMA Cadet waives any rights with regard to the Cadet's picture or likeness as well as any compensation for such exposure.

I (We) also acknowledge, understand, and agree that:

- VFMA will not send for school transcripts until the Application Fee has been paid.

- A $500 deposit will be required upon notification of acceptance, and that this deposit will be applied to the cost of school, and that it is non-refundable after 1 July.

- By proceeding with application for admission to VFMA for our son/ward that I (We) are in agreement with and will abide by the Policies as stated herein.

- Any misrepresentation or omission of material information made on the application or during the admissions process may result in revocation of an offer of admission and/or enrollment in, or the involuntary withdrawal of my son/ward from VFMA.

- VFMA is focused on success for your child, the key to which is for the Cadet to establish partnerships with the members of the Staff and Faculty, fellow Cadets, and parents/guardians. VFMA reserves the right to dismiss or not re-enroll a Cadet if the Administration reasonably concludes that the actions of the Cadet or the parents/guardians interfere with establishing and maintaining a positive and constructive relationship or otherwise seriously interferes with the accomplishment of the VFMA Mission.

- In case of dismissal for violation of school regulations or withdrawal for any reason whatsoever, a credit to the account will be applied as provided in the Refund Policy and any unpaid balance shall become immediately due and payable.

- I (We) have read this "Billing and Payment Contract" and it is agreed that any claim or dispute with or against VFMA in any manner, shall be litigated only in either the Court of Common Pleas, Delaware County, Pennsylvania or the US District Court for the Eastern District of Pennsylvania, to whose exclusive jurisdiction I (We) submit I (We) agree that any claim or cause of action or suit that I (We) might assert against VFMA must be brought and filed against VFMA not later than two (2) years after the Student ceases being a student at VFMA, and regardless whether such claim or cause of action relates to either acts or failures to act, or sounds in contract or in tort. It is further agreed that VFMA shall be entitled to reimbursement of its costs and reasonable counsel fees in any such litigation in which VFMA is the substantially prevailing party. It is further agreed that VFMA shall be entitled to reimbursement of its reasonable counsel fees and any and all costs of collecting any amount due in accordance with this Contract.

- VFMA's rights under this Billing & Payment Contract, also apply to all future years of attendance at VFMA by the applicant or student.

Cadet Name: _____
(Please Print)

Cadet ID#: 156011

Signature: _____ Date 8/9/28
(Parent/Guardian)

Signature: _____ Date _____
(Parent/Guardian)

Signature: _____ Date _____
(Cadet if over 18 years)

## AFTER ACCEPTING ADMISSION

Valley Forge Military Academy (VFMA) is a non-profit organization that must meet its financial responsibilities through tuition and fees. By enrolling, parents and cadets accept responsibility for the total annual cost, regardless of payment method used. If the financial account is not current at any time, or any other payment is delinquent, VFMA reserves the right to not permit cadets to start school or be admitted to any class, examination or activity, including pre-season athletic practice. Failure to maintain payment obligations may result in dismissal. VFMA will not issue a diploma, degree, transcript, or reports until all financial obligations have been settled.

## TUITION DEPOSIT

The tuition deposit of $500 reserves the cadet's space in the incoming Corps of Cadets and is due upon formal acceptance. This fee will be applied towards tuition.

## RE-ENROLLMENT FEE

Re-enrolling cadets are assessed a Re-enrollment Fee of $500 due by 15 May which will be applied towards tuition.

## COST OF ATTENDANCE - BOARDER

### ACADEMY – Middle School
| | Full-Year | Mid-Year |
|---|---|---|
| Enrolling | $27,475 | $17,950 |
| Tuition: | $ 9,250 | $ 4,625 |
| Room: | $ 7,350 | $ 3,675 |
| Dining: | $44,075 | $26,250 |
| Total | | |

### ACADEMY – High School (Grades 9-12)
| | Full-Year | Mid-Year |
|---|---|---|
| Enrolling | $28,975 | $18,950 |
| Tuition: | $ 9,250 | $ 4,625 |
| Room: | $ 7,350 | $ 3,675 |
| Dining: | $45,575 | $27,250 |
| Total | | |

## COST OF ATTENDANCE - DAY

### ACADEMY – Middle School - Day
| | Full-Year | Mid-Year |
|---|---|---|
| Enrolling | | |
| Tuition: | $27,475 | $17,950 |
| Dining: | $ 2,900 | $ 1,450 |
| Total | $30,375 | $19,400 |

### ACADEMY – High School - Day (Grades 9-12)
| | Full-Year | Mid-Year |
|---|---|---|
| Enrolling | | |
| Tuition: | $28,975 | $18,950 |
| Dining: | $ 2,900 | $ 1,450 |
| Total | $31,875 | $20,400 |

## PAYMENT SCHEDULE

1) First payment of $25,000 is due by 1 August. Payment is to include Special Activities.
2) Balance of Student account is due by 1 November.
3) Payment Methods - check, money order, wire transfer, cash or credit card (3% fee for credit card).
4) Late payments are subject to a $175 charge.
5) All Payments for Mid-Year Cadets are due upon arrival.

## OPTIONAL PROGRAMS & ACTIVITIES

Fees are assessed for Optional Programs & Activities such as:

- SAT Preparation,
- Music Lessons,
- Riding Instruction (Non-D Troop students,)
- Driver Education,
- Judo,
- Scuba,
- D Troop (Cavalry)
- E Battery (Artillery)
- Charges will be assessed when a cadet becomes a bed patient in the Health Center, or if daily administration of medications is required.
- A Health Insurance Plan is available.

## INTERNATIONAL STUDENTS

International Students are required to pay an Out-of-Country Fee ($2,000.00 full yr/$1,500 mid-yr) to cover costs of USCIS/Visa processing costs as well as costs for international mailings. They are also required to purchase health insurance (See Business Office for rate).

## BOOKS AND SUPPLIES

A Line of Credit of $1,000 for school supplies is required to be established with the Cadet Store. The purchase of books and supplies are arranged through Sodexo at the Cadet Store. Contact the Cadet Store at (610) 989-1530.

## ALLOWANCE

An allowance account can be set up for cadets and is arranged through Sodexo at the Cadet Store. Contact the Cadet Store at (610) 989-1530.

## FINANCIAL AID APPLIED TO BILL

Private scholarships and loans for all Cadets will be credited as directed by the specific scholarship or loan program. A limited amount of VFMA Scholarships and grants are available for students subject to certain terms and conditions. Discounts for two or more family members enrolled at the same time are available.

## PAYMENT PLAN OPTION

You may pay the cost of full year attendance in ten (10) monthly installments beginning 1 June. This service is provided through Higher Education Services and requires a small annual application fee. Contact HES at 1-800-422-4010 or visit their web-site at www.highereducationservices.org.

Loan programs are available for Academy cadets that cover costs of education in a single year or mid-year option. Some loan programs also cover the cost for international students. Contact the VFMA Financial Aid Office for information at (610) 989-1509 or send email to admissions_academy@vfmac.edu.

## REFUND POLICY

The Tuition Deposit and Re-enrollment fees are non-refundable except for the following two exceptions: failure to process due to physical disability, or if the Admissions Office is notified of the cancellation of an application in writing no later than 1 July for fall and 1 November for mid-year. All Deposits and Re-enrollment fees will be forfeited after those dates.

When an applicant has been accepted for admission, it is assumed that the student will remain for the entire academic year. Planning and contracting for services are done for the entire year. Hiring of faculty and staff is based on the entire year. When cadets leave early, these expenses are still present. Valley Forge Military Academy Refund Policy is clearly outlined as follows:

- Cadets who withdraw or are dismissed during the first four weeks of reporting are billed at 75% of tuition and room.
- Cadets withdrawn or dismissed after the fourth week are billed at 100% of tuition and room.
- Dining is prorated on a weekly basis (i.e., Sunday through Saturday, a full week is charged for any portion used).
- Cadets changing their residency status from 7 day boarder to 5 day boarder or to day student will not receive a refund for the difference in residency status.
- Cadets arriving after the normal reporting period are subject to the refund policy as if they had reported on-time.
- Private scholarships and private/alternative loans will be refunded in accordance with the specific scholarship/loan program guidelines.
- Fees for Optional Programs & Activities, Developmental Reading and Medical Management are non-refundable once classes have started.
- All VFMA scholarships, grants and discounts will be adjusted in accordance with VFMA policy.
- *Fees and dates are subject to change*

## VERIFICATION

I, D. ERIC SAUL, hereby represent that I am authorized to make this verification and hereby state that the averments in the foregoing Complaint are true and correct to the best of my knowledge, information and belief, understanding that false statements herein made are subject to the penalties of 18 Pa. C.S.A. §4904, relating to unsworn falsification to authorities.

_____
CFO/UFMAC

Dated: 3/17/22